**NEWTOWN TITLE & TRUST COMPANY, Appellant, v. ADMIRAL FARRAGUT ACADEMY.**

No. 10020.

United States Court of Appeals Third Circuit.

Argued Dec. 9, 1949.

Decided Dec. 28, 1949.

Leighton J. Heller, Camden, N. J., for appellant.

Thorn Lord, Trenton, N. J. (Franklin H. Berry, Toms River, N. J., on the brief), for appellee.

Before BIGGS, Chief Judge, and O'CONNELL[1] and KALODNER, Circuit Judges.

PER CURIAM.

No extended discussion of the facts or law relating to the instant appeal is necessary. We are of the opinion that the court below, 84 F.Supp. 527, did not err in rendering judgment for the defendant. Accordingly that judgment will be affirmed.

**Henry M. VAN PATTEN, Libellant, v. PANAMA RAILROAD COMPANY, Respondent.**

No. 120, Docket 21499.

United States Court of Appeals Second Circuit.

Submitted Dec. 16, 1949.

Decided Dec. 28, 1949.

Jacob Rassner, New York City, for Henry M. Van Patten, libellant-appellant.

Edwin Phillips Kohl, New York City (Thomas J. Maginnis and Arthur P. Loughran, New York City, of counsel), for respondent-appellee, Panama R. Co.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Marshall v. International Mercantile Marine Co., 2 Cir., 39 F.2d 551.

1. Judge O'Connell heard the argument and participated in the decision in this case but died before the opinion was filed.